SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Pavel Samusenko, et al,<br><br><br><br>        Defendants | Case No.: CIV.S 08-cv-01389-WBS-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JULIESSE INVESTORS, LLC AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed:  JUNE 19, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Juliesse Investors, LLC) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant.  Defendant (Juliesse Investors, LLC) is dismissed because this Defendant has sold their business and is not a proper party to this action.

1  Dated: August 11, 2008                                         /s/Scott N. Johnson_____
2                                                                 SCOTT N. JOHNSON
                                                                  Attorney for Plaintiff
3

4

5  **IT IS SO ORDERED**.

6

7  Dated:   August 11, 2008

8

9                                                        WILLIAM B. SHUBB
                                                         UNITED STATES DISTRICT JUDGE
10

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                            CIV: S-08-01389-WBS-GGH