SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>Pavel Samusenko, et al,<br><br>    Defendants | Case No. **2:08-cv-01389-WBS-GGH**<br><br>**PLAINTIFF'S REQUEST AND** ~~**PROPOSED**~~ **ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: October 6, 2008<br>Time: 2:00 pm<br>Courtroom: 5 |

    Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from October 6, 2008 to November 17, 2008. Plaintiff has filed an amended complaint to include the new property owner and has not received a summons to serve this new Defendant.  A continuance to November 17, 2008 for the status conference will give the Plaintiff's process server

ample time to serve this Defendant and for the Defendant to file an answer to Plaintiff's First Amended Complaint.

Dated:  September 23, 2008          /s/Scott N. Johnson

                                        Scott N. Johnson,

                                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to November 17, 2008 at 2:00 p.m.

                                        Date:  September 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE